IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TIFFANY KOCH | ) |
| | ) No. 3-13-0225 |
| v. | ) |
| | ) |
| LIGHTNING TRANSPORTATION, | ) |
| LLC; EMPLOYEE SOLUTIONS, LLC | ) |
| d/b/a Lightning Transportation and | ) |
| Lightning Transpiration Services; and | ) |
| DONALD J. DENNING, JR. | ) |

O R D E R

Although not in compliance with Local Rule 83.01(g), the plaintiff filed a notice of withdrawal of counsel (Docket Entry No. 32).

Because counsel from the same law firm remains as counsel for the plaintiff, the Clerk is directed to terminate Jonathan R. Patton as counsel for the plaintiff.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge