UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TIFFANY KOCH, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 3:13-0225 |
| v. ) | Judge Sharp |
| ) | |
| LIGHTNING TRANSPORTATION, ) | |
| LLC, EMPLOYEE SOLUTIONS, ) | |
| LLC d/b/a LIGHTNING ) | |
| TRANSPORTATION SERVICES, ) | |
| and DONALD DENNING, JC., ) | |
| individually, ) | |
| ) | |
| Defendants. ) | |

## Order

For the reasons set forth in the accompanying memorandum, Defendant's Motion for Summary Judgment as to Plaintiff's Complaint (Docket No. 19) is hereby GRANTED in part and DENIED in part as follows:

(1) With respect to Plaintiff's intentional misrepresentation claim, the motion is GRANTED.

(2) With respect to Plaintiff's negligent misrepresentation claim, the motion is GRANTED.

(3) With respect to Plaintiff's pregnancy discrimination claim, the motion is DENIED.

(4) With respect to Plaintiff's breach of contract claim, the motion is DENIED as to the agreement to pay Plaintiff for six weeks of maternity leave and GRANTED as to the agreement for Plaintiff to return to work at the conclusion of her maternity leave.

(5) With respect to Plaintiff's promissory fraud claim, the motion is DENIED as to the agreement to pay Plaintiff for six weeks of maternity leave and GRANTED as to the agreement for Plaintiff to return to work at the conclusion of her maternity leave.

(6) With respect to Plaintiff's promissory estoppel claim, the motion is DENIED as to the agreement to pay Plaintiff for six weeks of maternity leave and GRANTED as to the agreement for Plaintiff to return to work at the conclusion of her maternity leave.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE